# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

132030

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY ROBERT SMITH,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132030
COA: 271025
Macomb CC: 2004-000655-FC

_____/

On order of the Court, the application for leave to appeal the August 11, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

_____
Clerk

p1220